1 So.2d 403

### RINER v. STATE.

### 8 Div. 105.

Supreme Court of Alabama.

March 20, 1941.

Rehearing Denied April 17, 1941.

W. L. Chenault, of Russellville, for petitioner.

Thos. S. Lawson, Atty. Gen., and Jas. F. Matthews, Asst. Atty. Gen., opposed.

BROWN, Justice.

The defendant on his trial, though represented by counsel, failed to reserve any question of law for review on appeal, and the Court of Appeals, pretermits consideration of the sufficiency of the evidence to sustain the charge, and correctly so. McPherson v. State, 198 Ala. 5, 73 So. 387.

The writ of certiorari is therefore denied.

GARDNER, C. J., and THOMAS and FOSTER, JJ., concur.